UNITED STATES of America, Plaintiff–Appellee,

v.

Raymundo FUERTES, Defendant–Appellant.

No. 06–11371
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 18, 2006.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Philip Louis Reizenstein, Philip L. Reizenstein PA, Coral Gables, FL, for Defendant–Appellant.

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Philip Reizenstein, counsel for Raymundo Fuertes in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Fuertes's convictions and sentences are **AFFIRMED.**